IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-007-RLV-DCK

| | |
|---|---|
| MICHAEL FOSTER, individually and for all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| LOWE'S COMPANIES, INC., and NILOY INC. d/b/a DCT SYSTEMS, ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Gilda Hernandez, concerning Ryan F. Stephan, on January 17, 2017. Mr. Stephan seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Stephan is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 17, 2017

_____
David C. Keesler
United States Magistrate Judge